

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00425-CV

**IN THE INTEREST OF M.R.C., ET AL CHILDREN**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00377
The Honorable Todd Alexander Blomerth, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The clerk's record and reporter's record were due to be filed in this appeal on July 5, 2018.

On July 6, 2018, the trial court clerk filed a notification of late record stating the clerk's record has not been filed in this appeal because appellant is not entitled to appeal without paying the fee and appellant has failed to pay the fee for preparing the record. Our records, however, reflect that appellant is represented on appeal by appointed counsel, and appellant's notice of appeal states he is presumed indigent. Therefore, our records reflect appellant is entitled to appeal without paying the fee. It is therefore ORDERED that either: (1) the trial court clerk or the court reporter responsible for preparing the reporter's record in this appeal file written documentation in this court establishing appellant is not entitled to appeal without paying the fee for preparing the records; or (2) the clerk's record and reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court